THE HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN CASUALTY CO. OF READING, PA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OASIS PHYSICAL THERAPY, PLLC, a Washington corporation, and LANCE and MINDI IRVINE, individually and on behalf of their marital community and RAFAT and YVONNE SHIRINZADEH, individually and on behalf of their marital community, KELLY COX, SUSAN TABER and ANGELA HART,<br><br>　　　　Defendants. | No. CV-08-5077 LRS<br><br>DEFENDANTS COX, TABER, AND HART'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT |

Defendants Kelly Cox, Susan Taber, and Angela Hart (collectively "Cox"), by and through their attorneys of record, respond to Plaintiff American Casualty Co. of Reading, PA ("American Casualty") as follows:

## I.　　NATURE OF THE ACTION

1.　　Cox admits this is a complaint for declaratory relief and that disputes exist between the parties regarding whether there is coverage for the claims

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 1
1007-002

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

asserted in these underlying actions. Cox denies there is an actual controversy as to the rights and duties of Cox under the policies referenced in this paragraph.

## II.    PARTIES

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Cox admits that Kelly Cox has resided in Franklin County. Cox denies the remaining allegations set forth in this paragraph.

9. Admit.

10. Admit.

## III.    JURISDICTIONAL ALLEGATIONS

11. Cox lacks information and belief regarding the allegations in the first sentence of this paragraph. In answer to this paragraph's second sentence, Cox denies there is an actual controversy as to the rights and duties of Cox under the policies referenced in this paragraph. Cox lacks knowledge or information sufficient to form a belief about the truth of the allegations as to Oasis Physical Therapy PLLC, Mindi Irvine, Lance Irvine, Rafat Shirinzadeh, and Yvonne Shirinzadeh and therefore denies the same.

12. Admit that American Casualty is a citizen of Pennsylvania and that none of the Defendants are citizens of Pennsylvania. Admit that jurisdiction is appropriate in the United States District Court for the Eastern District of Washington. Deny all other allegations in this paragraph.

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 2
1007-002

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

13. Admit that venue is proper in this Court. Admit that the alleged acts or omissions giving rise to the underlying actions against the individual defendants OPT, Mindi Irvine, Lance, Irvine, Rafat Shirinzadeh and Yvonne Shirinzadeh occurred in Franklin County, Washington. Cox lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies the same.

## IV. GENERAL ALLEGATIONS

**A. The Policies**

14. Admit that the policy described in this paragraph speaks for itself. To the extent this description differs from the policy itself, Cox denies these allegations.

15. Admit that the policy described in this paragraph speaks for itself. To the extent this description differs from the policy itself, Cox denies these allegations.

16. Admit that the policy described in this paragraph speaks for itself. To the extent this description differs from the policy itself, Cox denies these allegations.

17. Admit that the policy described in this paragraph speaks for itself. To the extent this description differs from the policy itself, Cox denies these allegations.

**B. Relevant Policy Provisions**

18. Admit that the policy described in this paragraph speaks for itself. To the extent this description differs from the policy itself, Cox denies these allegations. Admit that the policy provisions referenced in this paragraph speak for themselves. To the extent the policy provisions differ from those referenced,

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 3
1007-002

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

Cox denies these allegations. Cox denies the remaining allegations in this paragraph.

19. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

20. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

21. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

22. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

23. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

24. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

25. Admit that the policy provisions excerpted in this paragraph speak for themselves. To the extent these provisions differ from the policy itself, Cox denies these allegations.

**C. The Underlying Actions**

26. Admit that Defendants OPT, Mindi Irvine, Lance Irvine, Rafat Shirinzadeh and Yvonne Shirinzadeh are currently defendants in the underlying

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 4
1007-002

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528


actions. Admit that the complaints described in this paragraph speak for themselves. To the extent this description differs from the complaints themselves, Cox denies these allegations.

27. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations. Admit that the amended complaint described in this paragraph speaks for itself. To the extent this description differs from the amended complaint itself, Cox denies these allegations. Admit that Kelly Cox worked for OPT as a physical therapy assistant.

28. Admit that the amended complaint described in this paragraph speaks for itself. To the extent this description differs from the amended complaint itself, Cox denies these allegations.

29. Admit that the amended complaint described in this paragraph speaks for itself. To the extent this description differs from the amended complaint itself, Cox denies these allegations.

30. Admit that the amended complaint described in this paragraph speaks for itself. To the extent this description differs from the amended complaint itself, Cox denies these allegations.

31. Admit.

32. Admit.

33. Admit.

34. Admit that the second amended complaint described in this paragraph speaks for itself. To the extent this description differs from the second amended complaint, Cox denies these allegations. Admit supplemental briefing was filed on the summary judgment motions. Admit the supplemental briefing

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 5
1007-002

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

described in this paragraph speaks for itself. To the extent this description differs from the supplemental briefing itself, Cox denies these allegations.

35. Admit.

36. Admit that the Taber lawsuit was filed in Franklin County Superior Court on June 11, 2008. Admit that Ms. Taber is a former patient of OPT. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations.

37. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations.

38. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations.

39. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations.

40. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations.

41. Admit that the complaint described in this paragraph speaks for itself. To the extent this description differs from the complaint itself, Cox denies these allegations.

**D. The Washington Department of Health Proceedings**

42. Admit that Rafat Shirinzadeh and Mindi Irvine became the subject of regulatory proceedings before the Washington Department of Health, Board of Physical Therapy. Admit that the proceedings were initiated as a result of

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 6
1007-002

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

complaints by numerous patients and employees of OPT. Admit that these complaints included complaints that Shirinzadeh had engaged in sexual misconduct while providing physical therapy to patients and employees. Deny the remaining allegations in this complaint.

  43. Admit the DOH suspended Shirinzadeh's license for three years. Admit that Exhibit D referenced in this paragraph speaks for itself. To the extent Exhibit D differs from DOH's actual order, Cox denies these allegations. Cox denies the remaining allegations in this paragraph.

  44. Admit.

### E. American Casualty's Reservation of Rights and Defense

  45. Admit.

  46. Admit that American Casualty has refused to defend Lance Irvine and Yvonne Shirinzadeh. Cox lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

  47. Cox denies that there is any actual controversy as to the rights and duties of Cox under the policies referenced in this paragraph. Cox lacks sufficient information and belief to respond to the paragraph's remaining allegations and therefore denies the same.

### Count I

**(For a Declaration That American Casualty Does Not Owe a Duty to Defend Lance Irvine and Yvonne Shirinzadeh in Any of the Underlying Actions)**

  48. Paragraph 48 does not require an answer.

  49. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

//

//

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 7
1007-002

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

## Count II

**(For a Declaration That American Casualty Does Not Owe a Duty to Defend OPT, Mindi Irvine and/or Rafat Shirinzadeh in the Cox Action)**

50. Paragraph 50 does not require an answer.

51. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

52. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

## Count III

**(For a Declaration That American Casualty Does Not Owe a Duty to Defend OPT, Mindi Irvine and/or Rafat Shirinzadeh in the Taber Action)**

53. Paragraph 53 does not require an answer.

54. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

55. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

## Count IV

**(For a Declaration That American Casualty Does Not Owe a Duty to Defend OPT, Mindi Irvine and/or Rafat Shirinzadeh in the Hart Action)**

56. Paragraph 56 does not require an answer.

57. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

58. The allegations in this paragraph assert legal conclusions to which a response is not required and Cox denies the same.

//
//
//

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 8
1007-002

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

### Count V

**(For a Declaration That the Claims Alleged Against OPT, Mindi Irvine and/or Rafat Shirinzadeh in the <u>Cox</u> Action Are Not Covered Under the American Casualty Policy)**

59. Paragraph 59 does not require an answer.

60. Deny.

### Count VI

**(For a Declaration That the Claims Alleged Against OPT, Mindi Irvine and/or Rafat Shirinzadeh in the <u>Taber</u> Action Are Not Covered Under the American Casualty Policy)**

61. Paragraph 61 does not require an answer.

62. Deny.

### Count VII

**(For a Declaration That the Claims Alleged Against OPT, Mindi Irvine and/or Rafat Shirinzadeh in the <u>Hart</u> Action Are Not Covered Under the American Casualty Policy)**

63. Paragraph 63 does not require an answer.

64. Deny.

## V. DECLARATORY RELIEF

Cox denies that American Casualty is entitled to the relief it seeks.

## VI. AFFIRMATIVE DEFENSES

1. American Casualty has failed to state a claim upon which relief can be granted.

2. Estoppel, laches, unclean hands, and waiver.

3. American Casualty has failed to join a necessary party as required by Fed. R. Civ. P. 19. Specifically, other non-joined parties have an interest in the outcome of this action and thus should be joined in this action.

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

4. American Casualty's suit for declaratory relief is both premature and prejudicial to the underlying actions, as discovery and determinations of fact in dispute in this action will harm and/or bind Cox in the underlying actions. Therefore, this suit should be stayed pending the outcome of the underlying actions.

5. American Casualty has acted in bad faith.

6. Defendants Cox, Taber, and Hart are not proper parties to this action.

## VII.  RELIEF REQUESTED

Defendants Cox request the Court grant the following relief:

A. Dismissal of the Complaint with prejudice;

B. Award Cox their reasonable attorneys' fees and costs;

C. Permit amendments to this pleading as necessary to conform to evidence presented at trial; and

D. Such other relief as this Court finds appropriate.

DATED this 23rd day of March, 2009.

TERRELL MARSHALL & DAUDT PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
bterrell@tmdlegal.com
Jennifer Rust Murray, WSBA #36983
jmurray@tmdlegal.com
3600 Fremont Avenue N.
Seattle, Washington 98103
Telephone: (206) 816 - 6603

*Attorneys for Defendants Susan Taber, Kelly Cox and Angela Hart*

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 10
1007-002

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Carl E. Forsberg
>William C. Gibson
>FORSBERG & UMLAUF P.S.
>901 FIFTH AVE., Suite 1700
>Seattle, Washington 98164
>Telephone: 206.689.8500
>Fax: 206.689.8501
>cforsberg@forsberg-umlauf.com
>cgibson@forsberg-umlauf.com
>
>Christopher Mertens
>MILLER MERTENS SPANNER & COMFORT
>1020 N Center Parkway, Suite B
>Kennewick, Washington 99336-7161
>Telephone: 509.374.4200
>Fax: 509.374.4229
>cmertens@mmslegal.com

And I hereby certify that I forwarded via U.S. mail the foregoing to the following non-CM/ECF participants:

>Rafat and Yvonne Shirinzadeh
>4616 West Wernett Road
>Pasco, WA 99301

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 11
1007-002

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

1     DATED this 23rd day of March, 2009.

2                                  TERRELL MARSHALL & DAUDT PLLC

                                      By: /s/ Beth E. Terrell, WSBA #26759
                                       Beth E. Terrell, WSBA #26759
                                       bterrell@tmdlegal.com
                                       Jennifer Rust Murray, WSBA #36983
                                       jmurray@tmdlegal.com
                                       3600 Fremont Avenue N.
                                       Seattle, Washington 98103
                                       Telephone: 206.816.6603

                                       *Attorneys for Defendants*

DEFENDANTS COX, TABER, AND HART'S
ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY JUDGMENT - 12
1007-002