Carl E. Forsberg, WSBA #17025
Patrick S. Brady, WSBA #11691
William C. Gibson, WSBA #26472
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1700
Seattle, WA 98164
Phone: (206) 689-8500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN CASUALTY CO. OF READING, PA,<br><br>Plaintiff,<br><br>vs.<br><br>OASIS PHYSICAL THERAPY, PLLC, MINDI IRVINE, LANCE IRVINE, RAFAT SHIRINZADEH and YVONNE SHIRINZADEH, KELLY COX, SUSAN TABER and ANGELA HART,<br><br>Defendants. | No. CV-08-5077 LRS<br><br>**DECLARATION OF PATRICK S. BRADY IN SUPPORT OF AMERICAN CASUALTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTED FOR HEARING: JULY 9, 2009 AT 2:30 P.M. IN RICHLAND** |

Patrick S. Brady declares as follows:

1. I am one of the attorneys representing the plaintiff American Casualty Co. of Reading, PA in the above-entitled action. I am over the age of majority and competent to testify to the matters stated herein.

2. Exhibit 1 to this complaint is a true and correct copy of a Complaint filed by Angela Hart against Oasis Physical Therapy, Mindi Irvine, Rafat

Declaration of Patrick S. Brady in Support of American
Casualty's Motion for Partial Summary Judgment – 1

406876 / 1910.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Shirinzadeh, and spouses, in United States District Court, Eastern District of Washington, Cause No. CV-08-5040-RHW, July 2008. (Exhibit 1 to Hart's Complaint is Washington Department of Health (DOH), Board of Physical Therapy, Findings of Fact, Conclusions of Law and Final Order In the Matter of Rafat Shirinzadeh, dated October 26, 2007. Exhibit 2 to the Hart Complaint is Stipulated Findings of Fact, Conclusions of Law, and Agreed Order In the Matter of Melinda Irvine. All pages in the Hart Complaint and its exhibits are numbered consecutively in the lower right-hand corner.

3.  Exhibit 2 to this declaration is a true and correct copy of Kelly Cox's Amended Complaint for Damages against Oasis Physical Therapy, Irvine, and Shirinzadeh, Superior Court, Franklin County, Cause No. 07-2-51193-1, December 2007. (Attachment A to Cox's Amended Complaint is Findings of Fact, Conclusions of Law and Final Order in the matter of Shirinzadeh.)

4.  Exhibit 3 to this declaration is a true and correct copy of American Casualty's Healthcare Providers Professional Liability Insurance Policy No. 0252126267, issued to Oasis Physical Therapy, policy period 10/15/03 to 10/15/04. Pages are Bates numbered in the lower right-hand corner.

5.  Exhibit 4 to this declaration is a true and correct copy of American Casualty's Healthcare Providers Professional Liability Insurance Policy No.

Declaration of Patrick S. Brady in Support of American
Casualty's Motion for Partial Summary Judgment – 2

406876 / 1910.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

0252126267, issued to Oasis Physical Therapy, policy period 10/15/04 to 10/15/05. Pages are Bates numbered in the lower right-hand corner.

6. Exhibit 5 to this declaration is a true and copy of American Casualty's Healthcare Providers Professional Liability Insurance Policy No. 0252126267, issued to Oasis Physical Therapy, policy period 10/15/05 to 10/15/06. Pages are Bates numbered in the lower right-hand corner.

7. Exhibit 6 to this declaration is a true and copy of American Casualty's Healthcare Providers Professional Liability Insurance Policy No. 0252126267, issued to Oasis Physical Therapy, policy period 10/15/06 to 10/15/07. Pages are Bates numbered in the lower right-hand corner.

8. Exhibit 7 to this declaration is a true and copy of a January 17, 2008 letter from Norene Quam, CNA, to Michael O'Donnell.

9. Exhibit 8 to this declaration is a true and correct copy of a July 15, 2008 letter from Mike Dorr, CNA, to Melinda Irvine and Christopher J. Mertens.

10. Exhibit 9 to this declaration is a true and correct copy of a July 15, 2008 letter from Norene Quam, CNA, to Rafat Shirinzadeh and Michael O'Donnell.

11. Exhibit 10 to this declaration is a true and correct copy of an August 19, 2008 letter from Mike Dorr, CNA, to Melinda Irvine and Christopher J.

Declaration of Patrick S. Brady in Support of American
Casualty's Motion for Partial Summary Judgment – 3

406876 / 1910.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Mertens.

12. Exhibit 11 to this declaration is a true and correct copy of an August 25, 2008 letter from Norene Quam, CNA, to Rafat Shirinzadeh and Michael O'Donnell.

13. Exhibit 12 to this declaration is a true and correct copy of pertinent pages from American Casualty's Amended Complaint for Declaratory Relief in this action.

14. Exhibit 13 to this declaration is a true and correct copy of pertinent pages from defendants Cox, Taber, and Hart's answer to Plaintiff's Complaint for Declaratory Judgment, in this action.

15. Exhibit 14 to this declaration is a true and correct copy of pertinent pages from Answer, Affirmative Defenses, and Jury Demand of Defendants Rafat and Yvonne Shirinzadeh, in this action.

16. Exhibit 15 to this declaration is a true and correct copy of pertinent pages from Defendant Oasis Physical Therapy, PLLC, Mindi Irvine, and Lance Irvine's Answer to Amended Complaint for Declaratory Relief, Affirmative Defenses, and Counterclaim, in this action.

//

//

Declaration of Patrick S. Brady in Support of American Casualty's Motion for Partial Summary Judgment – 4

406876 / 1910.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1  I declare under penalty of perjury under the laws of the State of
2  Washington that the foregoing is true and correct.
3  DATED at Seattle, Washington this 1st day of May, 2009.

*[signature]*

Patrick S. Brady

Declaration of Patrick S. Brady in Support of American
Casualty's Motion for Partial Summary Judgment – 5

406876 / 1910.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DECLARATION OF PATRICK S. BRADY IN SUPPORT OF AMERICAN CASUALTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT on the following individuals in the manner indicated:

Ms. Beth A. Terrell
Ms. Jennifer Rust Murray
Terrell Marshall & Daudt, PLLC
3600 Fremont Ave. N.
Seattle, WA  98103

(X) Via ECF

Rafat and Yvonne Shirinzadeh
4616 W. Wernett Rd.
Pasco, WA  99301

(X) Via U.S. Mail

Mr. Christopher J. Mertens
Miller Mertens & Spanner, PLLC
1020 N. Center Parkway, Suite B
Kennewick, WA  99336-7161

(X) Via ECF

**SIGNED** this 1st day of May, 2009, at Seattle, Washington.

Carol M. Simpson

Declaration of Patrick S. Brady in Support of American
Casualty's Motion for Partial Summary Judgment – 6

406876 / 1910.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX