# Exhibit 15.

PSB DEC - 251

1  CHRISTOPHER J. MERTENS
   Email: cmertens@mmclegal.net
2  Miller, Mertens & Comfort, PLLC
   1020 N. Center Parkway, Suite B
3  Kennewick, WA 99336
4  Telephone: (509) 374-4200
   Fax: (509) 374-4229
5  Attorneys for Defendants Oasis
6  Physical Therapy, PLLC, Lance
   Irvine and Mindi Irvine
7

8

9

10

11

12           UNITED STATES DISTRICT COURT
13            EASTERN DISTRICT OF WASHINGTON

14

15  AMERICAN CASUALTY CO. OF
    READING, PA,
16                                        NO. CV-08-5077-LRS
17           Plaintiff,
                                          DEFENDANT OASIS PHYSICAL
18  vs.                                   THERAPY, PLLC, MINDI IRVINE,
                                          AND LANCE IRVINE'S ANSWER
19                                        TO AMENDED COMPLAINT FOR
20  OASIS PHYSICAL THERAPY, PLLC,         DECLARATORY RELIEF,
    MINDI IRVINE, LANCE IRVINE,           AFFIRMATIVE DEFENSES, AND
21  RAFAT SHIRINZADEH and YVONNE          COUNTERCLAIM
    SHIRINZADEH, KELLY COX,
22  SUSAN TABER and ANGELA HART,

23
             Defendants.
24

25

---

DEFENDANT OASIS PHYSICAL THERPY, PLLC, MINDI IRVINE, AND            **MILLER, MERTENS & COMFORT, PLLC**
LANCE IRVINE'S ANSWER TO AMENDED COMPLAINT FOR                      1020 North Center Parkway, Suite B
DECLARATORY RELIEF, AND COUNTERCLAIM - 1                            Kennewick, Washington 99336
                                                                    (509) 374-4200

## XX.

By way of answer to Paragraph 44 of the Amended Complaint, these defendants are without sufficient information to admit or deny, and therefore deny the same.

## XXI.

By way of answer to Paragraph 45 of the Amended Complaint, these defendants admit the same.

## XXII.

By way of answer to Paragraph 46 of the Amended Complaint, these defendants admit that American Casualty declined to defend Lance Irvine and Yvonne Shirinzadeh, but deny that they do not qualify as insureds under the Policy.

## XXIII.

By way of answer to Paragraph 47 of the Amended Complaint, these defendants deny the same.

DEFENDANT OASIS PHYSICAL THERPY, PLLC, MINDI IRVINE, AND LANCE IRVINE'S ANSWER TO AMENDED COMPLAINT FOR DECLARATORY RELIEF, AND COUNTERCLAIM - 7

MILLER, MERTENS & COMFORT, PLLC
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

PSB DEC - 253

4) For an award of damages herein, including actual damages, treble damages, attorneys fees, and actual and statutory litigation costs under RCW 48.30.015 and/or RCW 19.86.090;

5) For such other and further relief as the court deems just and equitable.

DATED this __9th__ day of April, 2009.

MILLER, MERTENS & COMFORT, PLLC

By: /s/ Christopher J. Mertens
CHRISTOPHER J. MERTENS
WSBA #13591
1020 N. Center Pkwy, Ste. B
Kennewick, WA 99336
(509) 374-4200 (phone)
(509) 374-4229 (facsimile)
cmertens@mmclegal.net
Attorneys for Defendants Oasis Physical Therapy, PLLC, Mindi Irvine and Lance Irvine

DEFENDANT OASIS PHYSICAL THERPY, PLLC, MINDI IRVINE, AND LANCE IRVINE'S ANSWER TO AMENDED COMPLAINT FOR DECLARATORY RELIEF, AND COUNTERCLAIM - 14

MILLER, MERTENS & COMFORT, PLLC
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

PSB DEC - 254