Carl E. Forsberg, WSBA #17025
Patrick S. Brady, WSBA #11691
William C. Gibson, WSBA #26472
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Phone: (206) 689-8500

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 4 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN CASUALTY CO. OF READING, PA,<br><br>Plaintiff,<br><br>vs.<br><br>OASIS PHYSICAL THERAPY, PLLC, MINDI IRVINE, LANCE IRVINE, RAFAT SHIRINZADEH and YVONNE SHIRINZADEH, KELLY COX, SUSAN TABER and ANGELA HART,<br><br>Defendants. | No. CV-08-5077 LRS<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS**<br><br>**(CLERK'S ACTION REQUIRED)** |

## I. STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

//

//

Stipulation for and Order of Dismissal of All Claims – 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

500242 / 1910.0015

Dated: 1/9/2011 .

FORSBERG & UMLAUF, P.S.

_____
Carl E. Forsberg, WSBA #17025
Patrick S. Brady, WSBA #11691
William C. Gibson, WSBA #26472
Attorneys for Plaintiff

Dated: _____ .

TERRELL MARSHALL & DAUDT, PLLC

_____
Beth A. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Attorneys for Defendants Cox, Taber and Hart

Dated: 11/30/2010 .

MILLER, MERTENS & COMFORT PLLC

_____
Christopher J. Mertens, WSBA #13591
Attorneys for Defendants Oasis Physical Therapy, PLLC, Melinda Irvine and Lance Irvine

Dated: _____ .

_____
Rafat Shirinzadeh
*Pro se* Defendant

Dated: _____ .

_____
Yvonne Shirinzadeh
*Pro se* Defendant

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated: 1/14/11

_____
Honorable Lonny R. Suko

Stipulation for and Order of Dismissal of All Claims – 2

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

500242 / 1910.0015

| | |
|---|---|
| Dated: _____. | Dated: _____. |
| FORSBERG & UMLAUF, P.S. | MILLER, MERTENS & COMFORT PLLC |
| _____ | _____ |
| Carl E. Forsberg, WSBA #17025<br>Patrick S. Brady, WSBA #11691<br>William C. Gibson, WSBA #26472<br>Attorneys for Plaintiff | Christopher J. Mertens, WSBA #13591<br>Attorneys for Defendants Oasis Physical Therapy, PLLC, Melinda Irvine and Lance Irvine |
| Dated: 12-2-2010 . | Dated: _____. |
| TERRELL MARSHALL & DAUDT, PLLC | _____<br>Rafat Shirinzadeh<br>*Pro se* Defendant |
| */s/ Jennifer Rust Murray*<br>Beth A. Terrell, WSBA #26759<br>Jennifer Rust Murray, WSBA #36983<br>Attorneys for Defendants Cox, Taber and Hart | Dated: _____.<br><br>_____<br>Yvonne Shirinzadeh<br>*Pro se* Defendant |

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated: _____

_____
Honorable Lonny R. Suko

Stipulation for and Order of Dismissal of All Claims – 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

500242 / 1910.0015

| | | |
|---|---|---|
| 1 | Dated: _____. | Dated: _____. |
| 2 | FORSBERG & UMLAUF, P.S. | MILLER, MERTENS & COMFORT PLLC |
| 3 | | |
| 4 | _____ | _____ |
| 5 | Carl E. Forsberg, WSBA #17025<br>Patrick S. Brady, WSBA #11691 | Christopher J. Mertens, WSBA #13591<br>Attorneys for Defendants Oasis |
| 6 | William C. Gibson, WSBA #26472<br>Attorneys for Plaintiff | Physical Therapy, PLLC, Melinda<br>Irvine and Lance Irvine |
| 7 | Dated: _____. | Dated: 12-29-10. |
| 8 | TERRELL MARSHALL & DAUDT, | *[signature]* |
| 9 | PLLC | Rafat Shirinzadeh<br>*Pro se* Defendant |
| 10 | | |
| 11 | _____<br>Beth A. Terrell, WSBA #26759 | Dated: 12-29-10. |
| 12 | Jennifer Rust Murray, WSBA #36983<br>Attorneys for Defendants Cox, | *[signature]*<br>Yvonne Shirinzadeh |
| 13 | Taber and Hart | *Pro se* Defendant |

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated: _____

_____
Honorable Lonny R. Suko

Stipulation for and Order of Dismissal of All Claims - 4

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

500242 / 1910.0015

Presented by:

FORSBERG & UMLAUF, P.S.

_____
Carl E. Forsberg, WSBA #17025
Patrick S. Brady, WSBA #11691
William C. Gibson, WSBA #26472
Attorneys for Plaintiff

Approved for Entry
Notice of Presentation Waived:

MILLER, MERTENS & COMFORT PLLC

_____
Christopher J. Mertens, WSBA #13591
Attorneys for Defendants Oasis Physical
Therapy, PLLC, Melinda Irvine and
Lance Irvine

TERRELL MARSHALL & DAUDT, PLLC

_____
Beth A. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Attorneys for Defendants Cox,
Taber and Hart

_____
Rafat Shirinzadeh
*Pro se* Defendant

_____
Yvonne Shirinzadeh
*Pro se* Defendant

Stipulation for and Order of Dismissal of All Claims – 5

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

500242 / 1910.0015

Presented by:

FORSBERG & UMLAUF, P.S.

_____
Carl E. Forsberg, WSBA #17025
Patrick S. Brady, WSBA #11691
William C. Gibson, WSBA #26472
Attorneys for Plaintiff

Approved for Entry
Notice of Presentation Waived:

MILLER, MERTENS & COMFORT PLLC

_____
Christopher J. Mertens, WSBA #13591
Attorneys for Defendants Oasis Physical
Therapy, PLLC, Melinda Irvine and
Lance Irvine

TERRELL MARSHALL & DAUDT, PLLC

*/s/ Jennifer Rust Murray*
_____
Beth A. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Attorneys for Defendants Cox,
Taber and Hart


_____
Rafat Shirinzadeh
*Pro se* Defendant


_____
Yvonne Shirinzadeh
*Pro se* Defendant

Stipulation for and Order of Dismissal of All Claims – 6

500242 / 1910.0015

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Presented by:

FORSBERG & UMLAUF, P.S.

---

Carl E. Forsberg, WSBA #17025
Patrick S. Brady, WSBA #11691
William C. Gibson, WSBA #26472
Attorneys for Plaintiff

Approved for Entry
Notice of Presentation Waived:

MILLER, MERTENS & COMFORT PLLC

---

Christopher J. Mertens, WSBA #13591
Attorneys for Defendants Oasis Physical Therapy, PLLC, Melinda Irvine and Lance Irvine

TERRELL MARSHALL & DAUDT, PLLC

---

Beth A. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Attorneys for Defendants Cox, Taber and Hart

*/s/ Rafat Shirinzadeh*
Rafat Shirinzadeh
*Pro se* Defendant

*/s/ Yvonne Shirinzadeh*
Yvonne Shirinzadeh
*Pro se* Defendant

Stipulation for and Order of Dismissal of All Claims – 7

500242 / 1910.0015

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX